438 A.2d 644

Commonwealth v. Kesneck, Appellant.

Petition for Allowance of Appeal Denied Jan. 29, 1982.

Submitted May 22, 1981. John P. Corbett, for appellant; Joseph Ruddy, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, MONTGOMERY and VAN der VOORT, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.